JUN 1 0 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

DALE MILLER                        CIVIL ACTION NO. 6:13-cv-0609
    LA. DOC #479248
VS.                                SECTION P

                                  JUDGE DOHERTY

STATE OF LOUISIANA, ET AL.         MAGISTRATE JUDGE HILL

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly;

**IT IS ORDERED** that this civil action and accompanying Motion be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted. in accordance with the provisions of 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c)(1).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED,** in chambers, in Lafayette,  Louisiana, on this _10_ day of _June_, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE